IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emil Airapetian, | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CV 05-886 PHX FJM (VAM) |
| | ) |
| Philip Crawford, et al., | )   REPORT AND RECOMMENDATION |
| | ) |
| Respondents. | ) |

TO THE HONORABLE FREDERICK J. MARTONE, U.S. DISTRICT JUDGE.

    Emil Airapetian ("petitioner"), filed a pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.  Petitioner raises one ground for relief in the petition.  (Doc. 1 at p. 5 and Attachment).  In lieu of an answer, respondents filed a "SUGGESTION OF MOOTNESS" and "SUPPLEMENT TO SUGGESTION OF MOOTNESS."  (Docs. 10 and 9).

**BACKGROUND**

    Petitioner states he was ordered removed to Armenia in September, 2004.  (Doc. 1 at p. 5; Doc. 3 at p. 1).  Petitioner states that he has remained in government custody post-removal for more than the permissible 180 days outlined by the U.S. Supreme Court in Zadvydas v. Davis, 533 U.S. 678 (2001).  (Doc. 1 at Attachment).

1

## DISCUSSION

2   In lieu of contesting petitioner's request for relief,

3   respondents filed a "SUGGESTION OF MOOTNESS" and "SUPPLEMENT TO

4   SUGGESTION OF MOOTNESS" stating that petitioner has been released

5   from custody and, therefore, the petition is now moot.  (Docs. 10

6   and 9).  To support their contention the habeas petition is moot,

7   respondents have attached copies of an "Order of Supervision"

8   dated June 29, 2005, and other documents showing petitioner was

9   released from ICE custody in Phoenix, Arizona subject to certain

10   conditions.  (Doc. 9 at Attachments).  In light of the fact

11   petitioner's habeas claim challenges only his continued detention

12   pending execution of the order of removal, and in light of

13   petitioner's release from detention, the habeas claim is moot.

14   IT IS THEREFORE RECOMMENDED that the "SUGGESTION OF MOOTNESS"

15   is well-taken and the Petition for Writ of Habeas Corpus be denied

16   as moot.

17   This Report and Recommendation is not an order that is

18   immediately appealable to the Ninth Circuit Court of Appeals.  Any

19   notice of appeal filed pursuant to Rule 4(a)(1), Federal Rules of

20   Appellate Procedure, should not be filed until entry of the

21   District Court's order and judgment.  The parties shall have ten

22   (10) days from the date of service of this Report and

23   Recommendation within which to file specific written objections.

24   Thereafter, the parties shall have ten (10) days within which to

25   file a response to the objections.  Failure to timely file

26   objections to any factual determinations of the Magistrate Judge

27   will be considered a waiver of a party's right to de novo

28

consideration of the factual issues and will constitute a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's Report and Recommendation.

DATED this 19th day of September, 2005.

_Virginia A. Mathis_

Virginia A. Mathis
United States Magistrate Judge

3