IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emil Airapetian,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Phillip Crawford, et al.,<br><br>　　　　Defendant. | No. CV 05-886-PHX-FJM<br><br>**ORDER** |

　　　　The court has before it a Petition for Writ of Habeas Corpus (doc. 1), Respondent's Suggestion of Mootness (doc. 10) and supplement thereto (doc. 9), and the United States Magistrate Judge's Report and Recommendation (doc. 11). No objections to the Report and Recommendation have been filed and the time for filing has expired.

　　　　The Petition challenges the government's continued detention of Petitioner. After filing the Petition, however, the government released Petitioner from its custody. Accordingly, Magistrate Judge Mathis recommended that the Petition be denied as moot. Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, we have reviewed the record and we accept the Magistrate Judge's recommendation (doc. 11).

　　　　Accordingly, **IT IS ORDERED DISMISSING** the Petition for Writ of Habeas Corpus as moot (doc. 1).

　　　　DATED this 7th day of October, 2005.

　　　　　　　　　　　　　　　　　　　　　　_Frederick J. Martone_
　　　　　　　　　　　　　　　　　　　　　　Frederick J. Martone
　　　　　　　　　　　　　　　　　　　　　　United States District Judge